# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   APRIL DAWN ATTERBERRY                §
                                              §   Case No.: 12-10137
                                              §
         Debtor(s)                            §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/14/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/31/2012.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    19,600.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
- Total paid by or on behalf of the debtor             $            .00
- Less amount refunded to debtor                       $            .00

**NET RECEIPTS**                                        $            .00

**Expenses of Administration:**

- Attorney's Fees Paid through the Plan                $            .00
- Court Costs                                          $            .00
- Trustee Expenses and Compensation                    $            .00
- Other                                                $            .00

**TOTAL EXPENSES OF ADMINISTRATION**                   $            .00

Attorney fees paid and disclosed by debtor             $         200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 24,298.00 | 26,183.43 | 26,183.43 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 177,650.00 | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 177,650.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | .00 | NA | NA | .00 | .00 |
| PORTER COUNTY CHILD | PRIORITY | 8,806.00 | 9,898.00 | 9,898.00 | .00 | .00 |
| ACCESS LINE COMMUNIC | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 585.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 24.00 | NA | NA | .00 | .00 |
| AUSTGEN KUIPER & ASS | UNSECURED | 640.00 | NA | NA | .00 | .00 |
| LAKE COUNTY SUPERIOR | OTHER | .00 | NA | NA | .00 | .00 |
| SCHERERVILLE FILE DE | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| BAUTZ DEVELOPMENT IN | UNSECURED | 457.00 | NA | NA | .00 | .00 |
| CAPITAL ACCOUNTS | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | 465.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 2,555.00 | 2,235.65 | 2,235.65 | .00 | .00 |
| CB USA INC | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CITIZEN BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIZENS BANK ILLINO | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CLEAR | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| COLLECTION PROF/LASA | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CROSS CHECK | UNSECURED | 783.00 | NA | NA | .00 | .00 |
| DHS | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| ENDODONTIC & PERIODO | UNSECURED | 1,010.00 | 1,019.07 | 1,019.07 | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 783.00 | 783.14 | 783.14 | .00 | .00 |
| GOOD SHEPERD CENTER | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| HOMEWOOD DISPOSAL SE | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| HOMEWOOD DISPOSAL SE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| IL STATE TOLL HWY AU | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,035.00 | 6,384.44 | 6,384.44 | .00 | .00 |
| KINDERCARE LEARNING | UNSECURED | 543.00 | NA | NA | .00 | .00 |
| L DOUGLASS FILLAK MD | UNSECURED | 980.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIO CO | UNSECURED | 49.00 | 52.57 | 52.57 | .00 | .00 |
| MIDAMERICA CARDIO CO | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| PRAMOD ANAND | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| RADIO SHACK#999999 F | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| RAJAN SHARMA | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 35,452.00 | NA | NA | .00 | .00 |
| TOWN OF SHERERVILLE | UNSECURED | 640.00 | 640.00 | 640.00 | .00 | .00 |
| SCHERERVILLE FIRE DE | OTHER | .00 | NA | NA | .00 | .00 |
| LAKE SUPERIOR COURT | OTHER | .00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 487.00 | 524.79 | 524.79 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 481.00 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| CENTER FOR DENTAL EX | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 2,505.00 | 3,218.87 | 3,218.87 | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| VALLEY VIEW DENTAL C | UNSECURED | 1,038.00 | NA | NA | .00 | .00 |
| VERDANT GLADE | UNSECURED | 1,556.00 | NA | NA | .00 | .00 |
| CLERK SIXTH MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| VERDAN GLADE | OTHER | .00 | NA | NA | .00 | .00 |
| WELGROUP | UNSECURED | 90.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                    Claim          Claim         Claim       Principal      Int.   |
|   Name         Class      Scheduled       Asserted      Allowed        Paid         Paid   |
|                                                                                |
|WELL GROUP HEALTH PA  UNSECURED    40.00          NA           NA          .00          .00 |
|AMERICREDIT FINANCIA  SECURED         NA      650.00          .00          .00          .00 |
|AMERICREDIT FINANCIA  UNSECURED       NA          .00       650.00          .00          .00 |
|INTERNAL REVENUE SER  PRIORITY        NA    13,922.41    13,922.41          .00          .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 26,183.43 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 26,183.43 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 9,898.00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 13,922.41 | .00 | .00 |
| **TOTAL PRIORITY:** | 23,820.41 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 15,508.53 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/30/2012                                              /s/ Tom Vaughn
                                                                   Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**